IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, | No. 2:07-cv-02531-ATG |
| Plaintiff, | ORDER VACATING IN PART THE ORDER DIRECTING SERVICE |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al. | |
| Defendants. | |
| _____/ | |

On June 23, 2009, we ordered the Clerk of Court to send Plaintiff thirty-three USM-285 forms for service of process by the U.S. Marshall on Defendants. (Docket # 27 at 4). Plaintiff incorrectly completed a form for service upon Pete Baca Pedro and Maxx Wilson, neither of whom are Defendants to this action. (*See* Docket # 29 at 1). Accordingly, our August 18, 2009

//
//
//
//
//

order is **VACATED** to the extent it orders service upon Pedro and Wilson.  Service upon Wilson is **QUASHED**.[1]

Dated: October 1, 2009

                                                             /s/ Alfred T. Goodwin
                                        _____
                                        ALFRED T. GOODWIN.
                                        United States Circuit Judge
                                        Sitting by designation

---

[1] The Marshall returned the service on Pedro as unexecutable due to their inability to locate him.