IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, | No. 2:07-cv-02531-ATG |
| Plaintiff, | ORDER VACATING THIRD AMENDED COMPLAINT AND STAYING DISCOVERY |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al. | |
| Defendants. | |
| _____/ | |

On October 29, 2009, Plaintiff Luis Valenzuela Rodriguez ("Plaintiff") filed a third Amended Complaint. However, Plaintiff did not obtain the opposing parties' written consent or leave from the Court. *See* Fed. R. Civ. P. 15(a). Accordingly, the Clerk is ordered to VACATE the filing of Plaintiff's third Amended Complaint.

If Plaintiff wishes to file an amended complaint, Plaintiff SHALL obtain opposing parties' written consent or seek leave from the Court WITHIN THIRTY-FIVE (35) DAYS hereof. Plaintiff SHALL describe in detail how the proposed amended complaint differs from the currently operative Complaint.

On November 13, 2009, Defendants filed a Request for the Court to screen Plaintiff's third Amended Complaint. That Request is DENIED as moot. If Defendants wish to refile a

request to screen any subsequent amended complaint, Defendants SHALL describe which portions of the amended complaint they believe are improper.

On November 30, 2009, Defendants moved to stay discovery until Defendants have filed a responsive pleading to the third Amended Complaint. That Motion is GRANTED. Defendants SHALL file a responsive pleading WITHIN THIRTY-FIVE (35) DAYS of Plaintiff's filing of an amended complaint. If Plaintiff does not file an amended complaint within the allotted thirty-five days, Defendants SHALL file a responsive pleading WITHIN THIRTY-FIVE (35) DAYS of the expiration of Plaintiff's time.

Dated: November 30, 2009

/s/ Alfred T. Goodwin
_____
ALFRED T. GOODWIN.
United States Circuit Judge
Sitting by designation