IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, | No. 2:07-cv-02531-ATG |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S FOURTH AMENDED COMPLAINT AND PLAINTIFF'S MOTION FOR PRELIMINARY AND OR PROSPECTIVE PERMANENT INJUNCTION |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al. | |
| Defendants. | |

Now before the Court are Plaintiff Luis Valenzuela Rodriguez's ("Plaintiff") Request for Ruling on Plaintiff's Fourth Amended Complaint,[1] and Plaintiff's Notice of Motion for Preliminary and or Prospective Permanent Injunction.

On December 1, 2009, this Court vacated the filing of the October 29, 2009 Amended

---

[1] The Parties alternately refer to Plaintiff's October 29, 2009 Amended Complaint as his third amended complaint or his fourth amended complaint. *Compare* Defendants' Motion for Protective Order to Stay Discovery (Docket # 48) at 1 ("On October 29, 2009, however, Rodriguez filed a third amended complaint that seeks to add new defendants and claims.") *with* Defendants' Request for Screening of Fourth Amended Complaint (Docket # 43) at 1 (On October 29, 2009, inmate Luis Valenzuela Rodriguez, filed a fourth amended complaint."). From the record, we believe it is Plaintiff's third amended complaint.

Complaint for Plaintiff's failure to comply with Federal Rule of Civil Procedure 15(a).  We granted Plaintiff thirty-five (35) days to obtain Defendants' written consent or seek leave from the Court if he wishes to refile his Amended Complaint.  Although Plaintiff has not done so, the instant Request for Ruling on Plaintiff's Fourth Amended Complaint makes it clear that Plaintiff still wishes to amending the currently-operative Amended Complaint.  Accordingly, we grant Plaintiff an extension of twenty-one (21) days from the original January 5, 2010 deadline in which to obtain Defendants' written consent or seek leave from the Court to file an amended complaint.

In our December 1, 2009 Order vacating the filing of Plaintiff's October 29, 2009 Amended Complaint, we also denied Defendants' Request for Screening of Fourth Amended Complaint as moot.  Therefore, Plaintiff's instant Request for Ruling on Plaintiff's Fourth Amended Complaint, in which he asks us to consider certain factors when we screen his October 29, 2009 Amended Complaint, is likewise DENIED as moot.

On December 15, 2009, Plaintiff filed a Notice of Motion for Preliminary and or Prospective Permanent Injunction.  Defendants SHALL respond to this Motion within thirty-five (35) days hereof.

Dated: December 22, 2009

/s/ Alfred T. Goodwin
_____
ALFRED T. GOODWIN.
United States Circuit Judge
Sitting by designation