IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, | No. 2:07-cv-02531-ATG |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION TO APPOINT COUNSEL |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al. | |
| Defendants. | |
| _____/ | |

On December 28, 2009, Plaintiff Luis Valenzuela Rodriguez ("Plaintiff") filed a Motion to Appoint Counsel ("Motion"). Plaintiff requests Court appointed counsel. That request is DENIED. Plaintiff also asks the Court to order his transfer to another prison. That request is DENIED. Plaintiff further requests a hearing on his Motion for Preliminary and or Prospective Permanent Injunction. That request is DENIED as moot because the Motion for Preliminary and or Prospective Permanent Injunction was denied on December 22, 2009. No hearing was needed to decide that Motion.

Finally, Plaintiff states that he was unable to meet the Court's previously issued deadline for amending his Complaint because he has been placed in administrative segregation following an attack upon him by other inmates, and he cannot access necessary materials from

1 | administrative segregation.  At Plaintiff's first opportunity, he may file an amended complaint
2 | along with a motion to waive the previously stated deadline.

4 | Dated: January 12, 2010

/s/ Alfred T. Goodwin
_____
ALFRED T. GOODWIN.
United States Circuit Judge
Sitting by designation