IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, | No. 2:07-cv-02531-ATG |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION TO SUPPLEMENT COMPLAINT |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al. | |
| Defendants. | |

On February 11, 2010, Plaintiff Luis Valenzuela Rodriguez ("Plaintiff") filed a Motion to Supplement Complaint with unintentionally omitted pages.  (Docket #71.)  Plaintiff's Motion is hereby GRANTED and the pages are deemed part of the operative Complaint.

Dated: August 18, 2010

/s/ Alfred T. Goodwin
_____
ALFRED T. GOODWIN.
United States Circuit Judge
Sitting by designation