IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br>  Defendants.<br>_____/ | No. 2:07-cv-02531-ATG<br><br>ORDER RE: PLAINTIFF'S FILING NEWLY ACQUIRED INFORMATION ON DEFENDANTS CAGLE AND MACNEIL |

On December 19, 2011, Plaintiff filed a Notice of Newly Acquired Information (the "Notice"). (Docket No. 83.) The Notice provides further information regarding last known addresses of Defendants Cagle and MacNeil. The Notice bears a handwritten date of December 13, 2011. Under the court's November 9, 2011 order (Docket No. 79), Plaintiff was given a 30-day extension for completion of service on Defendants Cagle and MacNeil. Even under the lenient "prison mailbox rule," Plaintiff's Notice is untimely. *See Pollard v. The GEO Group, Inc.*, 629 F.3d 843, 867 (9th Cir. 2010) (the "'prison mailbox rule' deem[s] a document filed by a *pro se* prisoner 'filed' as of the time the prisoner delivers it to prison authorities for mailing (rather than the time it is received by the court)" (citing *Houston v. Lack*, 487 U.S. 266, 275 (1988))). Therefore, the court declines to reconsider the December 20, 2011 order (Docket No. 82), dismissing Defendants

Cagle and MacNeil.[1]

All terms of the court's December 20, 2011 order (Docket No. 82), including required filings in advance of the mandatory March 16, 2012 settlement conference, remain in effect.

Dated: December 28, 2011   /s/ Alfred T. Goodwin

ALFRED T. GOODWIN
United States Circuit Judge
Sitting by designation

---

[1] Subject to the Prison Litigation Reform Act and the procedural requirements for proceedings *in forma pauperis*, Plaintiff is free to pursue his claims against Defendants Cagle and MacNeil in a separate lawsuit. *See, e.g.,* 28 U.S.C. § 1915 (g) ("In no event shall a prisoner bring a civil action . . . or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.").

2