IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, | No. 2:07-cv-02531-ATG |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al. | |
| Defendants. | |
| _____ / | |

On January 12, 2012, Plaintiff filed a Motion for Reconsideration (the "Motion") (Docket No. 85), of the court's December 29, 2011 order (the "Order") (Docket No. 84) denying Plaintiff's previous motion for reconsideration. The Motion seeks reconsideration based on Plaintiff's mistake, inadvertence, or excusable neglect. For all the reasons stated in the Order, and in light of the protracted nature of this litigation, the numerous opportunities to amend the complaint previously provided to Plaintiff, and the upcoming mediation, the court DENIES the motion.

Dated: January 17, 2012           /s/ Alfred T. Goodwin

                                              ALFRED T. GOODWIN
                                              United States Circuit Judge
                                              Sitting by designation

1