IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br>    Defendants.<br>_____/ | No. 2:07-cv-02531-ATG<br><br>ORDER |

After considering Defendants' Campbell and Subia's Motion for Protective Order, and good cause appearing, the Court ORDERS that no discovery by any party shall be undertaken until further order of the Court, and that Defendants shall not have to respond to Rodriguez's requests for production, requests for admission, and interrogatories until 45 days after the issuance of a scheduling order.

Dated: February 3, 2012              /s/ Alfred T. Goodwin
                                                    ALFRED T. GOODWIN
                                                    United States Circuit Judge
                                                    Sitting by designation

1