IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, | No. 2:07-cv-02531-ATG |
| Plaintiff, | |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| Defendants. | |

Luis V. Rodriguez, inmate # C-33000, a necessary and material witness in a settlement conference in this case on March 16, 2012, is confined in Pleasant Valley State Prison, 24863 West Jayne Avenue, Coalinga, California 93210, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jennifer L. Thurston at Kern Valley State Prison, 3000 West Cecil Avenue, Delano, California 93216, on March 16, 2012 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, Kern Valley State Prison, P.O. Box 3130, Delano, California 93216.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Pleasant Valley State Prison, P. O. Box 8500, Coalinga, California, 93210:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Thurston, at the time and place above, until completion of the settlement conference or as ordered by Judge Thurston; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:     March 2, 2012                                   /s/ Alfred T. Goodwin
                                                                                         ALFRED T. GOODWIN.
                                                                                         United States Circuit Judge
                                                                                         Sitting by designation